**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Trustees of Columbia Univ.  v.  Symantec Corporation

No. 15-1146

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se     [✓] As counsel for:  Symantec Corporation
                                    Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[ ] Appellant    [✓] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant     [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Nathan A. Hamstra |
| Law firm: | Quinn Emanuel Urquhart & Sullivan, LLP |
| Address: | 500 West Madison Street, Suite 2450 |
| City, State and ZIP: | Chicago, IL 60661 |
| Telephone: | (312) 705-7400 |
| Fax #: | (312) 705-7401 |
| E-mail address: | nathanhamstra@quinnemanuel.com |

Statement to be completed by counsel only (select one):

[ ] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[✓] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 11/24/2008

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes     [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

| 12/1/2014 | /s/ Nathan Hamstra |
|---|---|
| Date | Signature of pro se or counsel |

cc: see attached Certificate of Service

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on Dec 1, 2014 by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
    (by email or CM/ECF)

| | |
|---|---|
| David A. Nelson | /s/ David A. Nelson |
| Name of Counsel | Signature of Counsel |

Law Firm: Quinn Emanuel Urquhart & Sullivan, LLP

Address: 500 W Madison Street, Suite 2450

City, State, ZIP: Chicago, IL 60661

Telephone Number: (312) 705-7400

FAX Number: (312) 705-7401

E-mail Address: davenelson@quinnemanuel

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.